**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7303**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

COBEY DARON WEBB,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Glen E. Conrad, District Judge.  (7:05-cr-00102-GEC-RSB-1)

Submitted:  September 20, 2018                    Decided:  September 21, 2018

Before WILKINSON, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cobey Daron Webb, Appellant Pro Se.  Jennifer R. Bockhorst, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cobey Daron Webb appeals the district court's grant of his Fed. R. Crim. P. 36 motion to amend his criminal judgment to correct a clerical error. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *United States v. Webb*, No. 7:05-cr-00102-GEC-RSB-1 (W.D. Va. Oct. 5, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*